Opinion issued January 12, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-01041-CR

———————————

In re Jason T. Pegues, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

Relator, Jason T. Pegues, has filed a
pro se petition for writ of mandamus requesting that we compel the trial court
to credit him for time served in a juvenile detention facility pending the
trial of the underlying case.[1]  We deny the petition for writ of mandamus.




PER CURIAM

Panel
consists of Chief Justice Radack and Justices Higley and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          Relator has identified the
underlying case as State v. Jason Tyrone Pegues,
No. 26,185, in the 240th District Court of Fort Bend County, Texas, the
Honorable Thomas R. Culver, III presiding.